# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN D. REDMAN,

    *Plaintiff*,

vs.

DWIGHT NEVEN, *et al.*

    *Defendants*.

2:12-cv-00951-GMN-VCF

ORDER

Plaintiff has filed a civil rights complaint. Neither a filing fee nor an application to proceed *in forma pauperis* was received with the complaint. It does not appear from the allegations presented that a promptly filed new action would be time-barred under the applicable two-year statute of limitations.

IT THEREFORE IS ORDERED that this action shall be DISMISSED without prejudice to the filing of a new properly commenced action under a new docket number with either the required filing fee or a properly completed application to proceed *in forma pauperis*.

The Clerk shall send plaintiff two copies each of an *in forma pauperis* application form for a prisoner and a blank Section 1983 complaint form, along with the instructions for each form and a copy of the papers that he submitted.

The Clerk shall enter final judgment accordingly, dismissing this action without prejudice.

DATED this 13th day of June, 2012.

                                              _____
                                              Gloria M. Navarro
                                              United States District Judge